```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAVIER SUAREZ RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0375 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| JAVIER SUAREZ RAMIREZ, ) | Date: October 11, 2005 |
| ) | Time: 8:30 A.M. |
| ) | |
| ) | Judge: Hon. Morrison C. England |
| Defendant. ) | |
| _____ | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT TWISS, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 11, 2005 be vacated and a new date of November 1, 2005 be set for status.

   Defense counsel is awaiting additional discovery that will assist in determining Mr. Ramirez's possible sentencing exposure should he decide to plead guilty. In addition, counsel needs time to discuss the legal and factual issues involved with Mr. Ramirez.

   It is further stipulated and agreed between the parties that the period beginning October 11, 2005 to November 1, 2005, should be

1 excluded in computing the time within which the trial of the above
2 criminal prosecution must commence for purposes of the Speedy Trial Act
3 for defense preparation.  All parties stipulate and agree that this is
4 an appropriate exclusion of time within the meaning of Title 18, United
5 States Code, Section 3161(h)(8)(iv) (Local Code T4).
6 Dated: October 7, 2005

                        Respectfully submitted,

QUIN DENVIR
Federal Defender

    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JAVIER SUAREZ RAMIREZ

MCGREGOR W. SCOTT
United States Attorney

15 Dated:  October 7, 2005

    /S/ROBERT TWISS
ROBERT TWISS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2