```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER SUAREZ RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0375 MCE |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| JAVIER SUAREZ RAMIREZ, | |
| | Date: November 1, 2005 |
| | Time: 8:30 A.M. |
| | Judge: Hon. Morrison C. England |
| Defendant. | |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT TWISS, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 1, 2005 be vacated and a new date of November 22, 2005 be set for status.

 Defense counsel is awaiting additional discovery from the government regarding the search of the defendant's vehicle and will need time to research legal issues based on the information provided to him. In addition, counsel needs time to discuss the legal and factual issues involved with Mr. Ramirez.

    It is further stipulated and agreed between the parties that the period beginning November 1, 2005 to November 22, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 28, 2005

                                 Respectfully submitted,

                                 QUIN DENVIR
                                 Federal Defender

                                 _____/S/NED SMOCK_____
                                 NED SMOCK
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JAVIER SUAREZ RAMIREZ

                                 MCGREGOR W. SCOTT
                                 United States Attorney

Dated:  October 28, 2005

                                 ____/S/ROBERT TWISS_____
                                 ROBERT TWISS
                                 Assistant U.S. Attorney

                                    **ORDER**

**IT IS SO ORDERED.**

DATED: November 3, 2005

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE

____