QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER SUAREZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0375 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| JAVIER SUAREZ RAMIREZ, ) | |
| ) | Date: November 22, 2005 |
| ) | Time: 8:30 A.M. |
| ) | Judge: Hon. Morrison C. England |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT TWISS, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 22, 2005 be vacated and a new date of November 29, 2005 be set for change of plea.

Defense counsel and the prosecution have reached a plea agreement and are finalizing the paperwork. Counsel needs time to discuss the agreement with Mr. Ramirez.

It is further stipulated and agreed between the parties that the period beginning November 22, 2005 to November 29, 2005, should be

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4).
6  Dated: November 21, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JAVIER SUAREZ RAMIREZ

MCGREGOR W. SCOTT
United States Attorney

15  Dated:  November 21, 2005

       /S/ROBERT TWISS
ROBERT TWISS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____